UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH ARTHUR MUNIZ,

      Petitioner,

                                                   Case No. 2:08-cv-11785

v.                                                 Honorable Patrick J. Duggan

WILLIE SMITH,

      Respondent.

_____/

## **JUDGMENT**

      Petitioner, with the assistance of counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges his 2004 state court conviction of Assault with Intent to Commit Murder (MCL § 750.83), Felon in Possession of a Firearm (MCL § 750.224(f)) and Felony Firearm (MCL § 750.227(b)). In an Opinion and Order entered on this date, the Court denied Petitioner's request for habeas relief.

      Accordingly,

      **IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's petition for a writ of habeas corpus is **DISMISSED WITH PREJUDICE**.

DATE: September 10, 2009          s/PATRICK J. DUGGAN
                                              U.S. DISTRICT JUDGE

Copies to:
Peter C. Samouris, Esq.
Andrew L. Shirvell, Esq.